IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 4:15-cv-03331 |
| | ) |
| INDIANAPOLIS COLTS, INC. | ) |
| | ) |
| Defendant. | ) |

**RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Texas A&M University, hereby files this notice of dismissal of the present action without prejudice. The parties have entered a settlement agreement. Defendant, Indianapolis Colts, Inc., has not served either an answer or a motion for summary judgment.

February 17, 2016

Respectfully submitted,

JOHN C. CAIN
(Attorney In Charge)
TX State Bar No. 00783778
So. Dist of Texas ID No. 15620
Cain@Fleckman.com
FLECKMAN & McGLYNN, PLLC
8945 Long Point Road, Suite 120
Houston, TX 77055
Telephone: (713) 722-0120
Facsimile: (713) 722-0122

WILLIAM D. RAMAN
TX State Bar No. 16492700
So. Dist of Texas ID No. 4117
Raman@Fleckman.com

1

STEVEN A. FLECKMAN
TX State Bar No. 07118300
So. Dist. Of Texas ID No. 550541
Fleckman@Fleckman.com
FLECKMAN & McGLYNN, PLLC
515 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 476-7900
Facsimile: (512) 476-7644

Counsel for Plaintiff,
TEXAS A&M UNIVERSITY